IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY HARLEY,** *et al.*, : | |
|     **Plaintiffs,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-3877** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 7th day of September, 2021, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and the *pro se* Complaint filed in this matter (ECF No. 2), it is **ORDERED** that:

1. Plaintiff Eric Rafek Harley a/k/a Omar Benson Miller is **STRICKEN** as a party to this case.

2. Plaintiff Mary Harley is **GRANTED** leave to proceed *in forma pauperis*.

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum as follows:

    a. Claims raised on behalf of Plaintiff Eric Rafek Harley a/k/a Omar Benson Miller are **DISMISSED WITHOUT PREJUDICE** for lack of standing; and

    b. Any claims raised on behalf of Plaintiff Mary Harley are **DISMISSED WITH PREJUDICE**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**